MACHI & ASSOCIATES, P.C.
1521 N. Cooper, Suite 550
Arlington, TX 76011
(817) 335-8880
(817) 275-6660 (FAX)
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DENNA MORGAN SHAW** | § | CASE NO. 22-41740-ELM-13 |
| | § | |
| DEBTOR | § | |
| | § | |
| US BANK TRUST NA, | § | |
| TRUSTEE FOR CHALET SERIES III TRUST | § | |
| | § | |
| MOVANT | § | |
| | § | |
| VS. | § | |
| | § | |
| **DENNA MORGAN SHAW, DEBTOR, AND** | § | |
| **TIM TRUMAN, TRUSTEE** | § | **PRELIMINARY HEARING:** |
| | § | |
| RESPONDENTS | § | **March 22, 2023 at 9:30 a.m.** |

<u>**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Debtor herein, DENNA MORGAN SHAW, and files this Answer to Motion for Relief from Automatic Stay and would respectfully show the Court as follows:

1. Debtor admits the allegations contained in paragraphs 1, 5, 7, 9, 11, 12, 13, 14, and 15.

2. Debtor is unable to admit or deny the allegations in paragraph 2, 3, 8, and 10. The documents attached to the Motion and to Movant's Proof of Claim as filed with this Court are insufficient to determine whether Movant is the holder of the Note and whether Movant has the right to enforce the Deed of Trust.

3. Debtor denies the allegations contained in paragraphs 4, 6, 16, 17, 18, 19, and 20.

4. This is the second Motion for Relief filed by U.S. Bank Trust, N.A., which seeks Relief that is not appropriate for a Motion for Relief and should have been requested previously.

5. As stated in this Motion, the Debtor's Motion for Extension of the Automatic Stay was denied as to all creditors on August 29, 2022.

6. This current Motion fails to state that a Motion for Relief from the Automatic Stay was filed on September 2, 2022 and an Order granting relief was entered by the Court on January 20, 2023.

7. This Motion does not seek any Relief from the Automatic Stay that has not already been granted by this Court.

8. The filing of this second Motion for Relief has the appearance of being filed solely for the purpose of harassing the Debtor. Not only should this Motion be denied, but the Court should assess the payment of Attorney's fees for Debtor's Attorney in responding to and defending the Debtor against this Motion and Sanctions for the wilful and intentional harassment of the Debtor by the filing of a frivolous Motion.

9. Debtor reserves the right to amend this Answer pursuant to United States Bankruptcy Rules.

WHEREFORE, Debtor prays that the relief sought by Movant, **US Bank Trust NA, Trustee for Chalet Series III Trust,** be denied, an award of Debtor's Attorney's fees and Sanctions be granted, and for such other and further relief the court deems just and proper.

SIGNED this the 27th day of February, 2023.

                Respectfully submitted,

                MACHI & ASSOCIATES, P.C.

                By:    /s/ Daniel S. Wright
                        DANIEL S. WRIGHT
                        State Bar No. 24037742

                1521 N. Cooper, Suite 550
                Arlington, TX  76011
                (817) 335-8880
                (817) 275-6660 FAX

                ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing Answer to Motion for Relief from Stay was served by either Electronic Filing or First Class United States Mail, postage prepaid, on all interested parties, all parties requesting notice, and to each of the following parties identified below on this the 27th day of February, 2023.

Tim Truman  
CHAPTER 13 TRUSTEE  
6851 N.E. Loop 820  
Suite 300  
Ft. Worth, TX 76180-6608  

Anthony Schroeder  
GHIDOTTI BERGER  
9720 Coit Road, Ste. 220-228  
Plano, TX 75025  
ATTORNEYS FOR MOVANT  

William T. Neary  
UNITED STATES TRUSTEE  
1100 Commerce St, Rm 9C-60  
Dallas, TX 75242  

                /s/ Daniel S. Wright
                DANIEL S. WRIGHT