MACHI & ASSOCIATES, P.C.
1521 N. Cooper, Suite 550
Arlington, TX 76011
(817) 335-8880
(817) 275-6660 fax
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNA MORGAN SHAW | § | CASE NO. 22-41740-ELM-13 |
| | § | |
| DEBTOR | § | |

MOTION FOR PERMISSION TO SELL REAL PROPERTY NUNC PRO TUNC

**NOTICE TO PARTIES IN INTEREST**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, FORT WORTH, TEXAS 76102, BEFORE CLOSE OF BUSINESS ON SEPTEMBER 14, 2023, WHICH IS AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DENNA MORGAN SHAW, Debtor, who hereby request permission to Sell Property Nunc Pro Tunc and in support would show:

I.

The Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C § 157(b)(2)(A), (K), (N) and (O). The Debtor is entitled to relief under § 363(b) and § 1303 of the Bankruptcy Code.

II.

Debtor filed a Chapter 13 Bankruptcy Petition on August 1, 2022, under Case No. 22-41740-ELM-13. The case was assigned to the Honorable Edward L. Morris, United States Court Bankruptcy Judge.

III.

Debtor filed the Chapter 13 Bankruptcy Case in an attempt to save her Homestead Property located at 3650 Asbury Street, Dallas, Dallas County, Texas ("Real Property"). Debtor and her son received the property through the Estate of her husband, Allan Humphrey. During the Bankruptcy, several Motions for Relief from the Automatic Stay were filed. Eventually, the Court granted the Motion for Relief. The Mortgage Company, U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, then set the house for foreclosure on June 6, 2023.

Debtor received an offer to pay off the existing purchase the real property located at 3650 Asbury Street, Dallas, Dallas County, Texas ("Real Property") and for investment in the Property to repair damage to the House in order to maximize the value, then for the Debtor and her son to receive a percentage of equity from a sale in the future. Attached is a copy of the Purchase and Sales Agreement between the Debtor, George Alexander Carlson and 6942, LLC. Also Attached is a copy of the Special Warranty Deed filed with Dallas County on June 5, 2023. The loan with U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust has been satisfied, A Notice of Satisfaction of Claim No. 11 was filed by U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust on June 22, 2023, Court Document 91. Per The Purchase

and Sales Agreement, 6942, LLC will also pay to bring all property taxes. A Release of Lien dated June 14, 2023 was filed with Dallas County on June 20, 2023.

Debtor seeks to sell the Real Property free and clear of any interest subject to any and all liens upon the Real Property, and other interests in the Real Property, that attach to the proceeds of the sale and in the same order of priority and with the same validity, force and effect which they now have in or upon the Real Property save, and with exception, that liens securing ad valorem real property taxes for the current tax year shall remain attached to the Real Property and shall become the responsibility of the Purchaser.

The Debtor will not receive any equity from the Real Property until such time as the house repairs are completed and the Real Property is marketed and sold. The Debtor has proposed a plan that will pay all general unsecured creditors, except outstanding non-dischargeable student loans at 100% through the Chapter 13 Bankruptcy.

IV.

This Motion is being filed Nunc Pro Tunc as there was insufficient time to file a Motion prior to the Foreclosure of the Real Property. Had the Sale not been completed previously, the Real Property would have been foreclosed and the Debtor would have lost the potential recovery of equity in the Real Property. Per the original schedules filed, Debtor estimated equity in the Real Property of $434,158.71.

V.

Debtor would further show the Court that the sale of property is in the best interest of the creditors.

WHEREFORE, the Debtor prays that the Court approve the Motion for Permission to Sell Property Nunc Pro Tunc free and clear of any interest in the Real Property and for other relief to which the Debtor may be justly entitled.

Respectfully submitted,

MACHI & ASSOCIATES, P.C.

By:  /s/ Daniel S. Wright
     DANIEL S. WRIGHT
     State Bar No. 24037742

1521 N. Cooper, Suite 550
Arlington, TX 76011
(817) 335-8880
(817) 275-6660 fax

ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

    I hereby certify that the Motion for Permission to Sell Property Nunc Pro Tunc has been served by me on this 21st day of August, 2023 by either electronic filing or U.S. First Class Mail, Postage prepaid, to all parties on the original, and any amended, mailing matrix filed with the Court; all parties requesting notice; and the following:

Tim Truman

Office of the U.S. Trustee

    /s/ Daniel S. Wright
    DANIEL S. WRIGHT