# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 22-41740-elm13 |
| | § | |
| Denna Morgan Shaw, | § | CHAPTER 13 |
| | § | |
| Debtor, | § | |
| | § | |
| | § | |

## NOTICE OF SATISFACTION OF CLAIM NO. 11

COMES NOW U.S. Bank Trust National Association as Trustee for Chalet Series III Trust ("**Secured Creditor**"), by and through its undersigned counsel, and hereby notifies the Court, and all parties, that Secured Creditor's Claim filed on September 8, 2022 as Claim No. 11 has been paid in full. Secured Creditor's claim has been satisfied.

                                              Respectfully submitted,

By:    */s/ Anthony Schroeder*
        Anthony Schroeder, Esq., (SBN 24106407)
        Ghidotti Berger
        16801 Addison Rd, Suite 350
        Addison, TX 75001
        Telephone: (949) 427-2010
        Facsimile: (949) 427-2732
        Email: bknotifications@ghidottiberger.com
        Attorneys for Secured Creditor

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2023, a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing was served on the same day on the below parties by either U.S. Mail or electronically through the CM/ECF system:

**Debtor:**
Denna Morgan Shaw
3650 Asbury Street
Dallas, TX 75205

**Counsel for Debtor:**
Daniel S. Wright
Machi & Associates, P.C.
1521 North Cooper Street
Skymark Tower - Suite 550
Arlington, TX 76011

**Chapter 13 Trustee:**
Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180

**US Trustee:**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

                                              */s/ Anthony Schroeder*
                                              Anthony Schroeder