

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 3, 2023

_____
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-41740-ELM-13 |
| DENNA MORGAN SHAW | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### AGREED ORDER GRANTING REQUEST TO SELL PROPERTY NUNC PRO TUNC

On this day came for consideration the Motion for Permission to Sell Property Nunc Pro Tunc filed by the Debtor, DENNA MORGAN SHAW, in the above styled matter. The Standing Chapter 13 Trustee has not filed an opposed response to the Motion. A response was filed by Dallas County to the Motion and the parties have come to the following agreement.

IT IS ORDERED, ADJUDGED and DECREED that the Debtor, Denna Morgan Shaw, may sell the real property described as 3650 Asbury Street, Dallas, Dallas County, Texas nunc pro tunc and free and clear subject to any and all liens upon the Real Property, and other interests in the Real Property, that attach to the proceeds of the sale and in the same order of priority and with the same validity, force and effect which they now have in or upon the Real Property save, and with exception, that liens securing ad valorem real property taxes for the current tax year shall remain attached to the Real Property and shall become the responsibility of the Purchaser.

IT IS FURTHER ORDERED that the ad valorem real property taxes both current and arrears will be paid direct from the Purchaser of the Property, 6942, LLC, to Dallas County and all taxing authorities within 10 DAYS from the date of the entry of this order or sooner if possible by the purchaser which shall include all penalties, interest, and delinquent taxes owing on the date such is paid by the Purchaser of the subject real estate. Said Purchaser acknowledges that the Debtor was granted a Deferral on the subject taxes and if such is not paid timely pursuant to Texas State Law, the benefit of such deferral will end and such liability will increase.

IT IS FURTHER ORDERED that the sale proceeds shall be paid per the Contract directly to SN Servicing Group.

# # # END OF ORDER # # #

AGREED AND APPROVED:

Daniel S. Wright
MACHI & ASSOCIATES, P.C.
Attorney for Debtor


/s/ Lisa L. Evans (w/ permission)
Lisa L. Evans
SBN 24036379
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Fwy., Ste. 1000
Dallas, TX 75207
(214) 880-0089 - Telephone
Attorneys for Dallas County